UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YESSUH SUHYES HUSSEY,<br><br>                    Plaintiff,<br><br>    -against-<br><br>MS. BOYD, SOCIAL WORKER OF KIRBY FORENSIC PSYCHIATRIC CENTER,<br><br>                    Defendant. | 23-CV-4344 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the May 26, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 26, 2023
        New York, New York

                                                          /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                    Chief United States District Judge